UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

ASHLEY JACKSON,

               Plaintiff,

        -against-

EQUIFAX INFORMATION SERVICES
LLC *et al.*,

            Defendants.

Case No. 7:26-cv-474

---------------------------------------------------------------- X

## STIPULATION OF DISCONTINUANCE WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between Ashley Jackson ("Plaintiff") and Defendant Higher Education Loan Authority of the State of Missouri ("MOHELA"), through their undersigned counsel, that whereas no party is an infant or incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of this action, Plaintiff discontinues this action with prejudice and without costs or fees solely as to MOHELA; and

**IT IS FURTHER STIPULATED AND AGREED**, that electronic and/or facsimile signatures shall be deemed originals for purposes hereof. This stipulation may be executed in counterparts and may be filed without further notice with the Clerk of the Court.

*[signature block on next page]*

Dated: New York, New York
     May 28, 2026

**ADAM J. FISHBEIN, ESQ.**

By: _____
     Adam J. Fishbein

735 Central Avenue
Woodmere, New York 11598
(516) 668-6945
fishbeinadamj@gmail.com

*Attorney for Plaintiff*
*Ashley Jackson*

**THOMPSON COBURN LLP**

By: _____
     Joseph V. DeSantis

488 Madison Avenue
New York, New York 10022
(212) 478-7200
jdesantis@thompsoncoburn.com

*Attorneys for Defendant Higher Education*
*Loan Authority of the State of Missouri*

**SO ORDERED:**

_____

**HON. NELSON S. ROMAN**

2